IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 11-56362 |
|     Michelle Boreman | ) | |
| | ) | JUDGE: Hoffman |
|     Debtor (s) | ) | |
| | ) | Chapter 13 |

Amendment to Plan, Petition Schedules, Creditor Matrix and/or
Statement of Affairs Pursuant to Bankruptcy Rule 1009

The attachments hereto amend the following:

   ___A     ___B     ____C     ___D     ___E     ___F

   ___G     ___H     ___I     ___J     ____Matrix

   ___X___ Chapter 13 Plan     _____Other

Debtor(s) represent that the amendments attached contain full and true statement of facts set forth therein, as required by the provisions of Title 11 U.S.C. and Bankruptcy Rules relating to the debtor.
     Debtor(s) Michelle Boreman certifies under penalty of perjury that the forgoing is true and correct.

Executed on: 09/09/2011                            /s/ Michelle Boreman
                                                                                  Signature of Debtor

**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of this amendment, together with a copy of the 341 Notice Meeting of Creditors, was sent to each additional creditor, at the address
listed on the amendments, this 9th day of September 2011.  A copy was also served electronically upon the United States Trustee and Frank Pees , Trustee and the following list by regular US Postal mail:

                                                              /s/ Michael Ryan Jones
                                                              Signature of Attorney

Creditors:

2:11-bk-56362|American Home Mortgage Servicing, Inc. |1525 S. Beltline Rd|Coppell, TX 75019
2:11-bk-56362|Educational Credit Management Corporation |PO Box 75906|St Paul, MN 55175
2:11-bk-56362|TD Auto Finance, LLC
2:11-bk-56362| |United States Bankruptcy Court|170 North High Street|Columbus, OH 43215-2414
2:11-bk-56362|Afni, Inc. |PO Box 3667|Bloomington, IL 61702
2:11-bk-56362|Ally Financial |PO Box 380901|Minneapolis, MN 55438
2:11-bk-56362|American General |5222 Detroit Rd|Elyria, OH 44035
2:11-bk-56362|Asset Acceptance LLC |Po Box 2036|Warren MI 48090
2:11-bk-56362| Asst US Trustee (Col) |Office of the US Trustee|170 North High Street|Suite 200|Columbus, OH 43215
2:11-bk-56362|BACK BOWL I LLC, SERIES B |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121
2:11-bk-56362|Barclays Bank Delaware |Po Box 8803|Wilmington, DE 19899
2:11-bk-56362|Best Buy/HSBC |P.O. Bpx 5238|Carol Stream, IL 60197
2:11-bk-56362|CANDICA, LLC |C O WEINSTEIN AND RILEY, PS|2001 WESTERN AVENUE, STE 400|SEATTLE, WA 98121
2:11-bk-56362|Capital One |Bankruptcy Dept.|P.O. Box 85667|Richmond, VA 23285
2:11-bk-56362|Chrysler Financial |300 Oxford Dr.|Suite 310|Monroeville, PA 15146
2:11-bk-56362|Credit Protection Association |13355 Noel Rd.|Suite 2100|Dallas, TX 75240
2:11-bk-56362|Dell Computer/Web Bank |Po Box 81577|Austin, TX 78708
2:11-bk-56362|Dell Financial Services L.L.C. |c/o Resurgent Capital Services|PO Box 10390|Greenville, SC 29603-0390
2:11-bk-56362|Deutsche Bank National Trust |4600 Regent Blvd.|Suite 200|Irving, TX 75063
2:11-bk-56362|Educational Credit Management Corporation |P.O. Box 75906|St. Paul, MN 55175
2:11-bk-56362|First Merit Bank NA/GLELSI |2401 International Lane|Madison, WI 53704
2:11-bk-56362|GE Capital/Walmart |P.O. Box 981400|El Paso, TX 79998
2:11-bk-56362|GE Money Bank |PO Box 960061|Orlando, FL 32896
2:11-bk-56362|GE Money Bank |c/o B-Line, LLC|MS 550|PO Box 91121|Seattle, WA 98111-9221
2:11-bk-56362|GEMB/Amazon |Po Box 981400|El Paso, TX 79998
2:11-bk-56362|GEMB/Old Navy |PO Box 981400|El Paso, TX 79998
2:11-bk-56362|GEMB/Paypal |Po Box 981064|El Paso, TX 79998
2:11-bk-56362|Great Lakes Educational Loan Services |Attn Claims Filing Unit|P O Box 8973|Madison, WI 53708-8973
2:11-bk-56362|HSBC Bank |P.O. Box 5253|Carol Stream, IL 60197
2:11-bk-56362|IRS |PO Box 7346|Philadelphia PA 19101
2:11-bk-56362|Jefferson Capital Systems LLC |PO BOX 7999|SAINT CLOUD MN 56302-9617
2:11-bk-56362|Marathon Oil |539 S. Main St.|Findlay, OH 45840
2:11-bk-56362|Merrick Bank |c/o Resurgent Capital Services|PO Box 10368|Greenville, SC 29603-0368
2:11-bk-56362|Merrick Bank/Hooters Car |10705 S. Jordan GTWY Ste 200|South Jordan, UT 84095
2:11-bk-56362|Midland Credit Management, Inc. |8875 Aero Drive, Suite 200|San Diego, CA 92123
2:11-bk-56362|National Auto Finance Company |Bankruptcy Dept|P.O. Box 130424|Roseville,

MN 55113
2:11-bk-56362|Oliphant Financial, LLC |9009 Town Center Parkway|Lakewood Ranch, FL 34202
2:11-bk-56362|Palisades Collections, LLC |Vativ Recovery Solutions LLC, dba SMC|As Agent For Palisades Collections, LLC|PO Box 40728|Houston TX 77240-0728
2:11-bk-56362|Portfolio Recovery Associates, LLC |PO Box 41067|Norfolk VA 23541
2:11-bk-56362|SPRINGLEAF FINANCIAL SERVICES |2827 CLEVELAND RD|WOOSTER, OH 44691
2:11-bk-56362|TD Auto Finance LLC, fka ChryslerFin. Servs. Amer. |P. O. Box 9001897|Louisville, KY 40290-1897
2:11-bk-56362|US Dept of Ed/Direct Loans |Po Box 5609|Greenville, TX 75403
2:11-bk-56362|Wayne County Common Pleas |P.O. Box 507|107 W. Liberty|Wooster, OH 44691
2:11-bk-56362|World Financial Bank |Po Box 182184|Columbus, OH 43218
2:11-bk-56362|Douglas Jefferis |604 Penn St.|Galloway, OH 43119
2:11-bk-56362|Frank M Pees |130 East Wilson Bridge Road|Suite 200|Worthington, OH 43085
2:11-bk-56362|Michael Ryan Jones |Rauser & Associates|5 E. Long St., Suite 300|Columbus, OH 43215
2:11-bk-56362|Michelle Boreman |604 Penn St|Galloway, OH 43119